IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | NO. 5: 07-MJ-08-04 (CWH) |
|---|---|
| VS. | REMOVAL PROCEEDINGS<br>NO. 1:98-CR-128-001 — S. D. FLORIDA |
| FELIPE M. FERRER, | |
| Defendant | |

## ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-named defendant is charged with a violation of conditions of pretrial release alleged to have been committed in the SOUTHERN DISTRICT OF FLORIDA.

**Brief Description of Charges:**

    Failing to report for service of sentence of imprisonment
    after being granted voluntary surrender

After a hearing convened under provisions of Rule 5 and/or 40 of the Federal Rules of Criminal Procedure, the undersigned finds that pertinent documentation has been provided to the defendant and that the IDENTITY of said defendant has been admitted by the defendant.

The court further finds that the TEMPORARY DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant **RESERVING** his right to a PRELIMINARY EXAMINATION and DETENTION HEARING in the district of prosecution, if appropriate.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him, all proceedings required by the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 14th day of AUGUST, 2007.

CLAUDE W. HICKS, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE